844

No. 11–10434. OSIKA v. AVAZOS, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10436. NESBITT v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–10439. CHRISTIAN v. TOWNSEND ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–10440. DURR v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–10446. ROSS v. NEW YORK STATE BOARD OF PAROLE. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 11–10448. WIGGINS v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–10450. ROGERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10451. RODRIGUEZ v. PETERS, DIRECTOR, OREGON DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10453. KENNER v. MERCER ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10454. JOHNSON v. SWARTHOUT, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10455. NOLAN v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 11–10460. TORRES v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–10461. MILLER v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–10462. ADAMS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.